IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY KINNARD,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**JOHN E. WETZEL,** )<br>)<br>**Defendant.** ) | **Civil Action No. 21-933** |

## MEMORANDUM ORDER

Gregory Kinnard has filed a civil rights action alleging certain acts and omissions at the State Correctional Institution at Coal Township ("SCI-Coal Township"), located in Coal Township, Pennsylvania. ECF No. 1. The case was referred to Magistrate Judge Maureen P. Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D. Magistrate Judge Kelly issued a Report and Recommendation filed July 20, 2021, recommending that this action be transferred to the United States District Court for the Middle District of Pennsylvania. ECF No. 24. The parties were informed that in accordance with 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2, that objections to the Report and Recommendation were due by August 6, 2021 for Mr. Kinnard. The Report and Recommendation mailed to Mr. Kinnard was returned to the Clerk's Office as the mailing envelope did not have Mr. Kinnard's inmate number. The Report and Recommendation was remailed to Petitioner on August 9, 2021, making any objections to be due by August 26. Mr. Kinnard has not filed Objections. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of September 2021,

IT IS ORDERED that the Report and Recommendation, ECF No. 5, filed on July 20, 2021, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that this action be transferred to the United States District Court for the Middle District of Pennsylvania forthwith.

The Clerk is to mark this case closed.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

cc:    Gregory Kinnard, pro se
       EV-9358
       SCI Forest
       P.O. Box 307
       286 Woodland Drive
       Marienville, PA 16239)